UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

PEGGY LEE SHARP,

        Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

        Defendant.

No.    CV-12-382-RHW

JUDGMENT IN A
CIVIL CASE

**DECISION BY THE COURT:**

    This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that:

    Plaintiff's Motion for Summary Judgment is **GRANTED**.  Defendant's Motion for Summary Judgment is **DENIED**. The decision of the Commissioner denying benefits is **REVERSED** and **REMANDED** to the agency for further proceedings consistent with this Order.  Judgment is entered for Plaintiff.

    DATED:  May 15, 2014

                  SEAN F. McAVOY
                  Clerk of Court
                  By: _s/Cheryl Cambensy_
                    Deputy Clerk

1 | JUDGMENT IN A CIVIL CASE